UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Crystal Garretson Fackler,   Case No. 3:20-cv-790

      Plaintiff

  v.   MEMORANDUM OPINION
      AND ORDER

Commissioner of Social Security,

      Defendant

Before me is the Report and Recommendation ("R & R") of Magistrate Judge David A. Ruiz filed on July 16, 2021. (Doc. No. 18). Under the relevant statute:

> Within [fourteen (14)] days after being served a copy of these proposed Findings and Recommendation, any party who wishes to object must file and serve written objections or further appeal is waived.

*United States v. Campbell,* 261 F.3d 628, 631-32 (6th Cir. 2001) (citation omitted); *see also* 28 U.S.C. § 636(b)(1) (effective Dec. 1, 2009); Fed. R. Civ. P. 72(b)(2). In this case, the fourteen-day window for objections has elapsed, and no objections have been filed.

Following review of Judge Ruiz's R & R, I adopt it in its entirety as the Order of the Court. I agree with Judge Ruiz's finding "that a remand is necessary to clarify the impact on the availability of jobs for someone with all the restrictions the ALJ assessed, including the prohibition against exposure to perfumes and colognes. ALJ's RFC determination." (Doc. No. 18 at 25). Therefore, the Commissioner's decision is reversed and the matter is remanded.

So Ordered.

                                              s/ Jeffrey J. Helmick
                                              United States District Judge